1  Henry C. Bunsow (SBN 0606707)
   HOWREY LLP
2  525 Market Street, Suite 3600
   San Francisco, California 94105
3  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
4

5  Attorneys for Defendants
   THRASHER PRESENTS, LLC and
6  MICHAEL THRASHER

7

8              UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

10

11

12 | HIGH SPEED PRODUCTIONS, INC.,        ) Case No. C 05- 5348 EMC
                                          )
13 |         Plaintiff,                   ) E-FILING
                                          )
14 |    vs.                               ) **STIPULATION EXTENDING
                                          ) DEFENDANTS' TIME TO ANSWER
15 | THRASHER PRESENTS, LLC; MICHAEL      ) COMPLAINT** ; ORDER
   | THRASHER, an individual,             )
16 |                                      )
   |         Defendant.                   ) DEMAND FOR JURY TRIAL
17 |_____ )

18

19     Plaintiff High Speed Productions, Inc. and Defendants Thrasher Presents LLC and Michael

20 Thrasher, by and through their respective counsel, hereby stipulate and agree to extend the time for

21 Defendants Thrasher Presents LLC and Michael Thrasher to answer Plaintiff's complaint to March 2,

22 2006.

23

24     IT IS SO STIPULATED.

25

26

27

28

HOWREY LLP

                                              1
           STIPULATION EXTENDING DEFENDANT S' TIME TO RESPOND TO COMPLAINT
                                      C-05-5348 EMC

| | | |
|---|---|---|
| 1 | Dated: February 14, 2006 | LIPPENBERGER, THOMPSON, WELCH, SOROKO & GILBERT LLP |

By: /s/ Darin Todd Judd
    Darin Todd Judd
    Attorneys for Plaintiff
    HIGH SPEED PRODUCTIONS, INC.

Dated: February 14, 2006

HOWREY LLP

By: /s/ Henry C. Bunsow
    Henry C. Bunsow
    Attorneys for Defendants
    THRASHER PRESENTS LLP and
    MICHAEL THRASHER

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

Dated: 2/15/06

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that all counsel of record, who are deemed to have consented to electronic |
| 3 | service are being served this 14th day of February, 2006, with a copy of this document via the Court's |
| 4 | CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile |
| 5 | transmission and/or first class mail on this same date. |

                                                      /s/ Henry C. Bunsow
                                                         Henry C. Bunsow

HOWREY LLP

3
STIPLUATION EXTENDING DEFENDANT S' TIME TO RESPOND TO COMPLAINT
C-05-5348 EMC